RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Fascimile:  (510) 272-0711

**E-Filing**

Attorney for Defendant
RAYMON D. HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

−ooo−

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

RAYMON D. HILL, et al.,

     Defendants.

_____/

Case No. 05-00324-MMC

**ORDER PERMITTING
DEFENDANTS TO USE
CASSETTE  PLAYER
AT GLEN DYER JAIL
TO LISTEN TO DISCOVERY**

GOOD CAUSE SHOWN, since discovery is on tape cassettes and CDs,

IT IS HEREBY ORDERED that defendants **RAYMON D. HILL, AQUIL H.
PETERSON, STEVE WILSON,** and **MISTER MEILLEUR** be permitted to use a

cassette player at the Glen Dyer Jail in order to listen to the discovery.

SO ORDERED:  October _12_ , 2005

MAXINE M. CHESNEY
United States District Court Judge