1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Fascimile: (510) 272-0711
4
   Attorney for Defendant
5  RAYMON D. HILL

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

   ooo

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 05-00324-MMC |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] **ORDER PERMITTING DEFENDANTS TO USE VIDEO PLAYER AT GLEN DYER JAIL TO REVIEW DISCOVERY** |
| RAYMON HILL, et al., | |
| Defendants. | |

GOOD CAUSE SHOWN, since some discovery is on video-cassettes, IT IS HEREBY ORDERED that defendants **RAYMON D. HILL, AQUIL H. PETERSON, STEVE WILSON** and **MISTER MEILLEUR** be permitted to use a video player at the Glen Dyer Jail in order to view the discovery.

SO ORDERED:

November 17, 2005

_____
MAXINE M. CHESNEY
United States District Court Judge