1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Fascimile:  (510) 272-0711
4
   Attorney for Defendant
5  RAYMON D. HILL

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                               –ooo–

10 UNITED STATES OF AMERICA,        Case No. 05-00324-MMC

11           Plaintiff,

12 vs.                              **ORDER PERMITTING DEFENDANT
                                    RAYMON HILL TO USE
13                                  CASSETTE PLAYER/~~MP3~~
   RAYMON HILL, et al.,             AT SANTA RITA JAIL
14                                  TO LISTEN TO DISCOVERY**

15           Defendants.
   _____/
16

17     GOOD CAUSE SHOWN, since discovery is on tape cassettes and CDs,

18 IT IS HEREBY ORDERED that defendant **RAYMON HILL [UKL 710]** be permitted to

19 use a cassette player/ ~~MP3~~ and CD player at the Santa Rita Detention Facility in order to listen to the

20 discovery.

21

22

23

24
   SO ORDERED:  June 19, 2006       _____
25                                  MAXINE M. CHESNEY
                                    United States District Court Judge
26

27

28