RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Fascimile: (510) 272-0711

Attorney for Defendant
RAYMON D. HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>Defendants.<br>_____/ | Case No. 05-00324-MMC<br><br>**ORDER PERMITTING DEFENDANT RAYMON HILL TO USE VIDEO PLAYER AT SANTA RITA JAIL TO VIEW DISCOVERY** |

GOOD CAUSE SHOWN, since discovery is on ~~tape~~ video cassettes ~~and CDs~~,

IT IS HEREBY ORDERED that defendant **RAYMON HILL [UKL 710]** be permitted to use a video player at the Santa Rita Detention Facility in order to view the discovery.

SO ORDERED: June 19, 2006

_____
MAXINE M. CHESNEY
United States District Court Judge