RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Fascimile: (510) 272-0711

Attorney for Defendant
RAYMON D. HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMON HILL, et al.,<br><br>Defendants.<br>_____ / | Case No. 05-00324-MMC<br><br>**ORDER REGARDING ACCESS TO TELEPHONE AT SANTA RITA JAIL** |

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that defendant **RAYMON HILL [UKL 710]** be permitted to make telephone calls to his attorney Randy Sue Pollock, 510-763-9967 and to his investigators Ken Heriot and Steve Vender, 415-641-9084, while he is incarcerated at Santa Rita Jail.

SO ORDERED:  June 19, 2006

_____
MAXINE M. CHESNEY
United States District Court Judge