IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAYMON D. HILL, et al.,<br><br>　　　　Defendants | No. CR 05-0324 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT RAYMON HILL'S REQUEST FOR CONTINUOUS ACCESS TO COMPLETE SET OF DISCOVERY MATERIALS** |

　　　　Before the Court are four requests concerning access to discovery materials, submitted on behalf of defendant Raymon Hill. By separate orders filed concurrently herewith, three of said requests have been approved, either as submitted or with modification. With respect to the fourth request, specifically, a request for "continuous access" to a "complete set" of discovery materials, no good cause has been shown to warrant a deviation from the facility's two-box policy, and, accordingly, such request is hereby DENIED without prejudice.

　　　　**IT IS SO ORDERED.**

Dated: June 19, 2006

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge