**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RAYMON D. HILL, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. CR 05-0324 MMC<br><br>**ORDER DENYING DEFENDANT HILL'S APPLICATION FOR TWO HOURS ACCESS TO TELEPHONES** |

　　　　Before the Court is defendant Raymon D. Hill's ex parte application filed August 14, 2006, by which said defendant seeks, <u>inter alia</u>, telephone access of two hours per day.

　　　　It is the Court's understanding that similarly-situated inmates receive one hour per day of telephone access. Defendant Hill has made no showing indicating why such rule should be modified.

　　　　Accordingly, the application for two hours of telephone access is hereby DENIED without prejudice.

　　　　**IT IS SO ORDERED.**

Dated: August 23, 2006

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge