1 JOHN J. JORDAN, ESQ.   (State Bar No. 175678)
400 Montgomery Street
2 Suite 200
San Francisco, CA   94104
3 (415) 391-4814
(415) 391-4308 (FAX)

Attorney for Defendant
DONALD ARMOUR, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, ) | No.  CR-05-0324 MCC |
|---|---|
| ) | **E-FILED CHAMBERS COPY** |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF MOTION AND MOTION** |
| ) | **TO SUPPRESS EVIDENCE SEIZED** |
| DONALD ARMOUR, ) | **DURING FEB. 21, 2003 SEARCH** |
| ) | |
| ) | Date: November 7, 2007 |
| Defendant. ) | Time: 9:00 a.m. |
| _____) | Hon. Maxine M. Chesney |

**TO:   SCOTT N. SCHOOLS, UNITED STATES ATTORNEY, AND TO
WILLIAM FRENTZEN, ASSISTANT UNITED STATES ATTORNEY**

PLEASE TAKE NOTICE that at the time and place specified above, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Maxine M. Chesney, United States District Judge, the defendant Donald Armour, through his above-listed counsel, will move and does hereby move this Honorable Court for entry of an order suppressing evidence seized from Armour on February 21, 2003.

This request is made pursuant to Rule 12 of the Federal Rules of Criminal Procedure, the Due Process Clause, the Fourth and Fifth Amendments to the United States Constitution, the accompanying declaration and attached exhibits, the pleadings and

**MTN SUPPRESS 2/21/03 SEARCH**

1 | records on file in this matter, and upon such evidence and
2 | argument which may be presented prior to and at the hearing on
3 | this motion.
4 |
5 | Dated: September 4, 2007          Respectfully submitted,
6 |                                   _____
7 |                                   JOHN J. JORDAN
                                      Attorney for Defendant
                                      DONALD ARMOUR

27 | **MTN SUPPRESS 2/21/03 SEARCH**